JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
MANUEL ESTRADA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:13-CR-00255 AWI-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON** |
| v. | |
| MANUEL ESTRADA, | **Date: February 24, 2014** |
| Defendant. | **Time:  1:00 p.m.** <br> **Courtroom Three** <br> **Honorable Barbara A. McAuliffe** |

Defendant, MAUUEL ESTRADA, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant United States Attorney, hereby stipulate to continue the defendant's Status Conference from January 27, 2014 to **February 24**, **2014** at **1**:**00** p.m. This continuance is necessary because the defendant's sentencing hearing in the Fresno Superior Court was continued from January 8, 2014 to January 29, 2014, and the disposition of the instant case is contingent upon the final disposition in the Fresno Superior Court case.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

    a.    Title 18 United States Code Section 3161(h)(8)(A) – that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

1

Dated:  January 9, 2014                  /s/ John F. Garland
                                          John F. Garland
                                         Attorney for Defendant
                                          MANUEL ESTRADA

Dated: January 9, 2014                    Benjamin B. Wagner
                                          United States Attorney

                                          /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the 4th Status Conference for defendant MANUEL ESTRADA is continued from January 27, 2014 to February 24, 2014 at 1:00 p.m. before Judge McAuliffe.  Excludable Time waived under 18 United States Code Section 3161(h)(8)(A) – that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial from January 27, 2014 to February 24, 2014.

**IT IS SO ORDERED**

Dated:  **January 9, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE